December 17, 2004

Ms. Lisa E. McKnight
Lisa E. McKnight, P.C.
4807 Gaston Avenue
Dallas, TX 75206

Brad M. Lamorgese
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Ms. Lisa Matz
Clerk, Fifth Court of Appeals
600 Commerce, 2nd Floor
Dallas, TX 75202-4658
Ms. Mary D. McKnight
Law Offices of Mary D. McKnight
2620 State Street
Dallas, TX 75204

Mr. Charles J. Quaid
Quaid & Quaid, LLC
5910 North Central Expwy, Suite 1950
Dallas, TX 75206

RE: Case Number: 04-0243
 Court of Appeals Number: 05-03-01678-CV
 Trial Court Number: 02-15189

Style: IN RE BILL MARTIN SANDERS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court conditionally grants the petition for writ of
mandamus. The Court denied the motion for emergency stay and the motion
for sanctions and to strick. The Supreme Court of Texas delivered the
enclosed per curiam opinion in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Jim |
| |Hamlin |